Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Revolt

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** POW Nevada, LLC
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** POW Nevada, LLC
116 N. Robertson Blvd., Suite 200, Los Angeles, CA, 90048, United States

## Certification

**Name:** Michael A. Hierl
**Date:** May 09, 2017

Page 1 of 1

EXHIBIT 1

Registration #:    *-APPLICATION-*
Service Request #:    1-5091640521

## Mail Certificate

Hughes Socol Piers Resnick & Dym, Ltd.
Michael A. Hierl
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, IL 60602 United States

Priority:    Routine      Application Date:    May 09, 2017

## Correspondent

Organization Name:    Hughes Socol Piers Resnick & Dym, Ltd.
Name:    Michael A. HIerl
Email:    mhierl@hsplegal.com
Telephone:    (312)604-2678
Address:    Three First National Plaza
70 W. Madison Street, Suite 2000
Chicago, IL 60602 United States

EXHIBIT 1